BROWN, LLC
Nicholas R. Conlon
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
Tel.: (877) 561-0000
Attorneys for Plaintiff Helen Latka

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELEN LATKA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERWICK CARE & REHABILITATION CENTER, LLC, MERWICK HEALTHCARE AND REHAB CENTER LLC, WINDSOR HEALTHCARE, LLC, and WINDSOR HEALTHCARE MANAGEMENT LIMITED LIABILITY COMPANY,<br><br>Defendants. | Civil Action No. 3:25-cv-14150-RK-TJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Helen Latka hereby voluntarily dismisses this action with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed by the parties.

1

Because no class has been certified and no collective has been conditionally certified, this dismissal is with prejudice as to Plaintiff Helen Latka only and without prejudice to the rights, if any, of any absent putative class or collective members.

Dated: June 12, 2026

BROWN, LLC

By:    /s Nicholas R. Conlon
Nicholas R. Conlon
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
T: (877) 561-0000
F: (855) 582-5297
nicholasconlon@jtblawgroup.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 12, 2026, I caused the foregoing Notice of Voluntary Dismissal with Prejudice to be filed electronically via the Court's CM/ECF system, which will send notice of such filing to all counsel of record.

By:    /s Nicholas R. Conlon
Nicholas R. Conlon

2